JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN, | ) Case No. 8:18-cv-00849-JLS-MRW |
| Plaintiff, | ) ORDER STAYING ACTION PENDING FINAL<br>) SETTLEMENT, REMOVING CASE FROM |
| v. | ) ACTIVE CASELOAD, AND FILING OF<br>) DISMISSAL |
| SILVANI DIGENOVA, et al. | ) |
| Defendant(s). | ) |

On August 31, 2018, the Parties filed a Joint Notice of Settlement (doc. 96), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

///

///

1    The parties shall file a Stipulation of Dismissal no later than
2    October 5, 2018. If no dismissal is filed, the Court deems the
3    matter dismissed at that time.
4        The Court retains full jurisdiction over this action and this
5    order shall not prejudice any party in the action.
6        The Order to Show Cause issued August 28, 2018 is hereby
7    DISCHARGED.

IT IS SO ORDERED.

    DATED: September 05, 2018

                                    **JOSEPHINE L. STATON**
                                    _____
                                    HONORABLE JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE